UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN B. PHILLIPS, et al.,              ) | |
|                                                        ) | |
|     Plaintiffs,                                 ) | |
|                                                        ) | |
|     vs.                                             ) | CAUSE NO. 1:06-cv-1544-WTL-JMS |
|                                                        ) | |
| INDIANAPOLIS LIFE INSURANCE CO., ) | |
| et al.,                                               ) | |
|                                                        ) | |
|     Defendants.                              | |

## ENTRY REGARDING MOTIONS FOR JOINDER

This cause is before the Court on several "motions for joinder" that have been filed by Defendant David Cline (dkt. nos. 333, 346, and 369). While there is nothing improper about these motions, the Court prefers in the future that such joinders be docketed as "notices" rather than "motions." Motions require the filing of proposed orders and the issuance of rulings by the Court, all of which make the Court's docket unnecessarily lengthy and therefore make the consideration of substantive motions more cumbersome. The same result can be achieved with a simple notice.

That said, the pending motions for joinder are **GRANTED**.

SO ORDERED:   06/12/2009

*William Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification